## Philadelphia to use *v.* Wallace.

OPINION BY PORTER, J., May 14, 1906:

This case presents the same question which was considered in Philadelphia v. Nell and others, ante, p. 78, in which an opinion has this day been filed. The specifications of error are dismissed and the judgment is affirmed.